# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JAUREGUI and PATRICIA GUTIERREZ, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Case No.: 19-cv-01730-JAH-JLB <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT NATIONSTAR MORTGAGE LLC, WITH PREJUDICE** |

Pending before the Court is the parties' Joint Motion for Dismissal, with Prejudice, as to Plaintiffs JAVIER JAUREGUI and PATRICIA GUTIERREZ's ("PLAINTIFFS") claims against NATIONSTAR MORTGAGE LLC ("NATIONSTAR"). Good cause appearing, the Court **GRANTS** the motion. Accordingly, NATIONSTAR is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 6, 2020

_____
HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE